# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The Spriggs Group, P.C., Respondent,

v.

Gene R. Slivka, Petitioner.

Appellate Case No. 2013-000800

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Colleton County
William H. Seals, Jr., Circuit Court Judge

---

Opinion No. 27508
Heard February 3, 2015 – Filed March 18, 2015

---

## DEPUBLISH THE OPINION OF THE COURT OF APPEALS AND DISMISS CERTIORARI AS IMPROVIDENTLY GRANTED

---

Robert T. Lyles, Jr., of Lyles & Lyles, L.L.C., of Charleston, for Petitioner.

James Atkinson Bruorton, IV and Timothy James Wood Muller, of Rosen Rosen & Hagood, L.L.C., of Charleston, for Respondent.

---

**PER CURIAM:** We granted the petition for a writ of certiorari to review the Court of Appeals' decision in *The Spriggs Group, P.C. v. Slivka*, 402 S.C. 42, 738 S.E.2d 495 (Ct. App. 2013). We first direct the Court of Appeals to depublish its opinion and assign the matter an unpublished opinion number. The above opinion shall no longer have any precedential effect. Next, we dismiss as improvidently granted the writ of certiorari.

Accordingly, we

**DEPUBLISH THE OPINION OF THE COURT OF APPEALS AND DISMISS CERTIORARI AS IMPROVIDENTLY GRANTED**.

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**